## Motion

I, Melford John Warren Jr ask to be released from unlawful confinement, unlawful custody, unlawful restraint, unlawful imprisonment (and whatever other laws are applicable to get relief from being in the custody) of the Department of Corrections for the State of Washington who do not have any valid court order giving the Department of Corrections the authority of law to hold, detain, confine, imprison, restrain me, and more...

The one activity being imprisoned unlawful under several fraudulent identities generated by DOC

## Summary REASON FACT

The Department of Corrections for the State of Washington is claiming that I am being confined, imprisoned, restrained and held in custody by a court order of "Warrant of Commitment" and "Judgement and Sentence" which is facially insufficient and illegal. Making it invalid and unlawful to enforce as it does not have the legal authority of law to enforce. For the style of all process of the court order violates Article 4 Section 27 of the WASHINGTON STATE CONSTITUTION (Washington State Constitution). In addition, the defendant named is not me (as I cannot vote legally with that identity, travel out of the United States and re-enter the United States with that identity, get Social Security, a bank loan or a driver's license with that identity. Nor can I claim a false identity as my own). Because I already have one allowed legal common law name MANDELL AUTHOR CHEEKS that is attached to my legal birth certificate bond and surety MELFORD JOHN WARREN JR and is registered with my TRUSTEES FBI # 81473 MA5 (My one legal allowed legal common law name is also associated with my TRUSTEES Social Security number 7073, Date of Birth 71, fingerprints and facial photograph). It is also unlawful to consent to identity falsification and fraud which is a felony crime. Also, the description of the defendants identity does not match mine. As I am not a height of 509 (Height 509) nor am I an age of 45.

## REASON SUMMARY

Government Misconduct is A factor in why I am being held by the Department of Corrections for the State of Washington on an invalid instrument in violation of Article 2 Section 28 subsection 9 (which prohibits giving effect to an invalid instrument) That does not apply to me regardless of whether the instrument is valid or invalid. As I am not the defendant named nor does the description of the defendants identity match mine. In addition, the Department of Corrections for the State of Washington does not have My legal or lawful identity registered anywhere in the Department of Corrections system. Neither does the Department of Corrections for the State of Washington have the defendant named on the invalid court order for case/cause # 15-1-00549-7 (out of Kitsap County Superior Court, State of Washington) identity registered anywhere in the Department of Corrections system. Instead, I Melford John Warren Jr am harassed, bullied, manipulated and punished as a means to force me to use a Department of Corrections number for the State of Washington that is associated with several fraudulent and false identities none of which are mine (including a false and fraudulent bank account identity that the Department of Corrections generated which would put me in violation of Federal law). This DOC #is 395974 currently. DOC generated all the false identities despite my protest and none consent.

IDENTIFICATION of MELFORD JOHN WARREN JR (FULL NAME) — There can be no commas or periods in one's legal name

Driver's License number (including State of Issuance):
   WARREMJ296OH   WASHINGTON STATE

Social Security Number:     7073

DATE of Birth:     1971

Place of Birth: BALTIMORE, MARyland

Citizenship: ~~[redacted]~~ United States Citizen

MALE BIRTH PARENT: MELFORD JOHN WARREN SR

FEMALE BIRTH PARENT: EDITH MARIE SORRELL

GRANDPARENTS: Johnny WARREN, FANNIE WARREN, HENRY SORRELL

ADDRESS OF Grandparents: 1816 E. NORTH Ave Baltimore, MD 21213

MALE PARENTS ADDRESS: 1309 LAKESIDE Ave, Baltimore, MD 21218

FEMALE AUNT ADDRESS: B
   Emergency Contact

FEMALE PARENTS ADDRESS: 3016 Saint Luke Lane, Baltimore, MD 21207-4414

MALE PARENTS Phone number: 410-467-1233

FEMALE PARENTS phone number: 410-597-8682

Pertaining to:
MELFORD JOHN WARREN JR TRUSTEE TO Me, The Living Soul Beneficiary

MELFORD JOHN WARREN JR (((There are no commas or periods in this Lawful and Legal Identity which is verified by his Birth Certificate Bond and surety that also proves his United States Citizenship))) must be released from ~~unlawful Trump~~ prison and cannot be held in custody of the Department of Corrections for the State of Washington. The Law of Article 1 section 29 states that the provisions (Laws) of the Washington State Constitution are mandatory (which cannot be ignored and must be enforced).

The Court documents of "Judgement and Sentencing" and "Warrant of Commitment" which I am unlawfully being held by for case/cause #15-1-00549-7 are in direct violation of the Law of Article 4 Section 27 of the Washington State Constitution. which requires by Law that the Style of ALL process shall be "The State of Washington" and all prosecutions shall be done in its name and by its authority.

The Law requires that only the "S" in State and the "W" in Washington are in capital letters. And that every other letter is in lower case letters. The Court documents for case/cause # 15-1-00549-7 violate directly the Demands and Requirements of The Law of Article 4 Section 27 because the STATE OF WASHINGTON are in ALL Capital Letters.

Making the "Judgement and Sentencing" and "Warrant of Commitment" for case/cause # 15-1-00549-7 VOID and ILLEGAL (which means that it does not have the authority of government to be enforced). Because ~~a few~~ The State has ~~Employees have~~ decided to hold me in custody using this illegal and void court document it violates the Law of Article 2 Section 28 subsection 9 which prohibits and makes it unlawful to give effect to an invalid instrument. The Department of Corrections are violating the Supreme Law of the State by hold me using an invalid instrument (court document).

In conclusion, I have no convictions in the State of Washington and maintain all my rights, including the right to travel, vote and own a firearm. Therefore, I am an unlawfully imprisoned free citizen and hostage (kidnapped).

In Addition, the Defendant named for case/cause #15-1-00549-7 out of Kitsap County Superior Court for the State of Washington is neither me the (Living Soul) Beneficiary or my TRUSTEE. Nor does The description of the Defendant match my description. I cannot obtain a drivers license with the Defendants name. I cannot vote with the defendants name. I cannot travel abroad with the Defendants name and re enter the United States territory with the defendants name. I cannot obtain social security with the Defendants name. Because The defendant named is not me.

I am now in custody because of the following type of (Fraudulent, unlawful) court order:

Invalid, Illegal "Judgement and Sentencing" and "Warrant of Committment"

STATE OF WASHINGTON,
vs.
MELFORD JOHN WARREN, JR.,

DEFENDANTS AGE DOES NOT MATCH. → AGE 45, DOB 09-08-71

→ All capital Letters of the State of Washington Violates directly Article 4 Section 27 of the WASHINGTON STATE CONSTITUTION / Washington State Constitution.

→ DEFENDANTS Name / Identified is not my Identity.

- STATE OF WASHINGTON is in violation of Article 4 Section 27 of the Washington State Constitution / WASHINGTON STATE CONSTITUTION which reads. The style of all process shall be "the State of Washington" and all prosecutions shall be done in its name and by its Authority. Article 4 Section 27 makes it mandatory that only the "S" in State and the "W" in Washington are in Capital letters and that all other letters are in Lower case letters. Because the STATE OF WASHINGTON is in ALL Capital letters. It makes invalid the "Judgement and Sentencing" and "Warrant of Committment" for case/cause # 15-1-00549-7 at of Kitsap County Superior Court, State of Washington.

- Article 2 Section 28 subsection 9 of the Washington State Constitution / WASHINGTON STATE CONSTITUTION prohibits giving effect to Invalid Instruments. Article 1 Section 29 of the Washington State Constitution / WASHINGTON STATE CONSTITUTION states that the provisions of the Constitution / CONSTITUTION are Mandatory

In Addition

Article 1 Section 23 reads in part. "No Law impairing the Obligations of the contract shall ever be passed". The correct, Legal Identity (name) of the one named in the contract must be accurate

According to the rules of English Grammar that govern the use of the English Language. The name MELFORD JOHN WARREN, JR. is correctly in order as JR. MELFORD JOHN WARREN And the full name of JR. MELFORD JOHN WARREN is JUNIOR MELFORD JOHN WARREN

Making the Melford John Warren Jr who has no commas or periods in his Identity/name, or MELFORD JOHN WARREN JR TRUSTEE to me the Living son Beneficiary who has no commas or periods in his Legal/Lawful Identity/name, not the Defendant named for the "Judgement and Sentencing" and "Warrant of Committment" for case/cause # 15-1-00549-7 out of Kitsap County Superior Court, State of Washington

- Article 2 Section 28 subsection 1 prohibits the changing of persons name. If a Identity is not yours, then it is Identity falsification and Fraud to claim it, which is unlawful.
- Article 2 Section 28 subsection 9 prohibits giving effect to an invalid Instrument. To hold me in unlawful confinement, custody, Restraint and Imprisonment for a defendant name/Identified who is not me is illegal and unlawful. Moreover, to hold me in the absence of all my rights reserved and any court order to do so is grossly unlawful and a violation of protected.

Petitioner's Full Name (Identity):
Melford John Warren Jr

Melford John Warren Jr   (Beneficiary, Living Soul) (There are no commas or periods in this legal and lawful name/Identity)
MELFORD JOHN WARREN JR   (TRUSTEE to the Beneficiary) (Legal, Lawful Identity)
MANDELL AUTHOR CHEEKS   (one allowed Legal Common Law Name Attached to my TRUSTEE, SS#, Date of Birth, Fingerprints and listed under my TRUSTEE'S FBI # 811 473 MA5)
note: I cannot Accept any 2nd name or alias as my common law Identity/name Legally. It would be Identity Falsification and FRAUD which is unlawful

Current Address:
WASHINGTON STATE PENITENTIARY
1313 NORTH 13TH AVENUE
WALLA WALLA, WASHINGTON 99362

I, Melford John Warren Jr Am now in Custody unlawfully, Confinement unlawfully, Imprisonment unlawfully and Restraint unlawfully not serving a sentence upon conviction of a crime.

I am now in custody because of the following type of (Fraudulent, unlawful) Court order:
Invalid, Illegal "Judgement and Sentence" STATE OF WASHINGTON MELFORD JOHN WARREN, JR. Case/Cause # 15-1-00549-7
Invalid, Illegal "Warrant of commitment" = JR. MELFORD JOHN WARREN = JUNIOR MELFORD JOHN WARREN Case/cause # 15-1-00549-7
Invalid, Illegal "Judgement and Sentence Appendix F" MELFORD JOHN WARREN, JR. Case/cause # 15-1-00549-7
note: Judgement and Sentence Appendix F has no court clerk stamp WARREN, Melford J. = Melford J. WARREN = Invalid proving that it was entered into the Court Records for the (Beneficiary) or (TRUSTEE)
Case/cause # 15-1-00549-7 Kitsap County Superior Court Clerk office, State of Washington.

Name and location of Court that entered the (Fraudulent, Invalid, ILLEGAL) Judgement and Sentence I AM UNLAWFULLY Being held in Confinement, Custody, Restraint and Imprisonment by:
KITSAP COUNTY SUPERIOR COURT
614 Division Street
MS-34
PORT orchard, WAshington 98366
Original Criminal docket/case (cause) # 15-1-005119-7 (August 2015 Arraignment - July 2016)
Second-illegally changed Criminal docket/case (cause) # 15-1-00549-7 (after July 2016) prior to murder of ATTORNEY Ronald NESS during pretrial
Date of the Judgement of conviction Friday December 23, 2016 (christmas holiday weekend) August 2016
Date of the Sentencing Friday January 27, 2017
DATE of Warrant Issued: around May 15, 2015 from Kitsap County Sheriff's while I had no longer been in the State of WA since November 2014
DATE of ARREST: around May 21, (22) 2015 in the State of Florida, City of Miami, (Miami-DADE County) without a Valid U.S. Warrant or a properly authenticated WA State Warrant, in violation of RCW a warrant is only held inside State Issued




**Department of Corrections**
WASHINGTON STATE

**LOG I.D. NUMBER:** 17641112

**OFFENDER COMPLAINT**

**CHECK ONE:** ☒ Initial  ☐ Emergency  ☐ Appeal  ☐ Rewrite

**RESIDENTIAL FACILITIES:** Send completed form to the Grievance Coordinator. Explain what happened, when, where, and who was involved or which policy/procedure is being grieved. Be as brief as possible, but include the necessary facts. Use only one complaint form. A formal grievance begins on the date the typed grievance forms are signed by the Coordinator. Contact a Department employee to report an emergency situation or to initiate an emergency complaint. Please attempt to resolve all complaints through the appropriate Department employee(s) before pursuing a grievance.

**NOTE:** Complaints must be filed within 20 working days of the incident. Appeals must be filed within 5 working days of receiving the response. Include log ID # on rewrite or response being appealed.

| Last Name | First | Middle | DOC Number | Facility/Office | Unit/Cell |
|---|---|---|---|---|---|
| Jr | Melford | John Warren | 395974 | WSP | HSB E-04 |

**COMMUNITY SUPERVISION:** Send completed copies of this form directly to: Grievance Program Manager, Offender Grievance Program, Department of Corrections, P.O. Box 41129, Olympia WA 98504-1129.

| MAILING ADDRESS: STREET OR P.O. BOX | CITY, STATE | ZIP CODE | TELEPHONE |
|---|---|---|---|

**COMPLAINT:** I, Melford John Warren Jr, social security # 7073, FBI# 811473MA5, Driver's Lic # WARREMJ296OH would like to complain that I am a witness to a murder of someone linked to case # 15-1-005119-7 out of Kitsap County Superior Court. This murder happened between July 2016 and Aug 2016 in Kitsap County. Due to my physical injuries (head trauma and other factors) I have been unable to report this murder to the US Justice Dept. because it involves multiple people in different states and thus falls under federal jurisdiction. One of the persons of interest is Edith Marie Sorrell. I am currently at Washington State Penn and have not been able to successfully access any means of reporting this murder or legal council due to medical limitations. I would like to make an official statement to the federal law enforcement agency and any non profit organization that can help without delay.

**SUGGESTED REMEDY:**

Transcribed by c/o Morris 7415 due to continuous watch and limitations.

Mandatory Signature: _____  Date: 9/26/17

**GRIEVANCE COORDINATOR'S RESPONSE**
Your complaint is being returned because:
☒ It is not a grievable issue.
☐ You requested to withdraw the complaint.
☐ You failed to respond to callout (sheet) on _____.
☐ Administratively Withdrawn _____.
☐ The formal grievance/appeal paperwork is being prepared.
☐ Not accepted

Facility/Office: WSP   Date Received: 9/28/17

☐ The complaint was resolved informally.
☐ Additional information and/or rewriting needed. (See below.)
  Return within 5 working days or by: _____
☐ No rewrite received _____.
☐ Sent to _____ (facility) on _____ (date).

**EXPLANATION:** THIS HAS BEEN REPORTED TO THE APPROPRIATE PARTIES

| Coordinator's Name (print) | Coordinator's Signature | Date |
|---|---|---|
| K. Walker | K.W. | 09/28/17 |

DOC 05-165 Front (Rev. 07/26/16)   DOC 310.100, DOC 550.100