|   |   |
|---|---|
| | UNITED STATES DISTRICT COURT<br>WESTERN DISTRICT OF WASHINGTON<br>AT TACOMA |
| MELFORD JOHN WARREN, JR.,<br><br>                Petitioner,<br><br>   v.<br><br>STATE OF WASHINGTON,<br><br>               Respondent. | CASE NO. 3:17-cv-05812-BHS-JRC<br><br>ORDER TO CORRECT IFP DEFICIENCY |

The District Court has referred this petition for a writ of habeas corpus to United States Magistrate Judge J. Richard Creatura. The District Court's authority for the referral is 28 U.S.C. § 636(b)(1)(A) and (B), and local Magistrate Judge Rules MJR3 and MJR4. Petitioner seeks relief from a state conviction.

Petitioner filed his petition pursuant to 28 U.S.C. § 2254 on October 6, 2017. Dkt. 1. However, the Clerk noted that he had not paid the filing fee or filed a motion for leave to proceed *in forma pauperis* ("motion for IFP") and sent a letter to petitioner explaining his deficiency. Dkt. 3. The Clerk warned that petitioner had until November 13, 2017 to file an amended motion

with a certified copy of his prison trust account or his action could face dismissal. *Id*. Petitioner has failed to do so.

Therefore, the Court orders petitioner to file a motion for IFP with a certified copy of his prison trust account or pay the $5.00 filing fee **on or before December 15, 2017**. If petitioner fails to do so, the Court will recommend that petitioner's habeas petition be dismissed for failure to obey a court order and failure to prosecute.

In the alternative, petitioner may file a motion to voluntarily dismiss his petition without prejudice. He may then refile his action at a later date.

Dated this 21st day of November, 2017.

J. Richard Creatura
United States Magistrate Judge