1 of 30  ATTENTION: United States [Magistrate] [Judge] J. Richard Creatura
2 of 30  United States JUSTICE DEPARTMENT (ATTORNEY GENERAL)
3 of 30  F.B.I (FEDERAL BUREAU OF INVESTIGATIONS)
4 of 30  U.S. COURT OF APPEALS FOR THE NINTH CIRCUIT
5 of 30  U.S. SUPREME COURT / U.S. MARSHALS
6 of 30  WASHINGTON COURT OF APPEALS DIVISION II (DEREK M. BYRNE, clerk)
7 of 30  WASHINGTON COURT OF APPEALS DIVISION I (Richard D. JOHNSON, clerk)
8 of 30  AND GENERAL PUBLIC via Public Notice (to all media outlets
9 of 30  including The Associated Press... The BALTIMORE SUN)
10 of 30
11 of 30  AFFADAVIT
12 of 30  I Melford John Warren Jr (Jr, Melford John Warren) born to
13 of 30  Melford John Warren Sr (Sr, Melford John Warren) Am in fear for my
14 of 30  life ▬▬▬▬▬,
15 of 30  FRAUD has entered the Court of United States [Magistrate] [Judge]
16 of 30  J. Richard Creatura. As well as The U.S. DISTRICT COURTS FOR
17 of 30  EASTERN AND WESTERN WASHINGTON; WASHINGTON COURT OF
18 of 30  APPEALS DIVISION II and/or DIVISION I. By Actors who are
19 of 30  party to murder, cover-up of murder, kidnapping, Fraud
20 of 30  and unlawful acts against The U.S. MARSHALS SERVICE
21 of 30  and (D.O.D) DEPARTMENT OF DEFENSE...
22 of 30  I have been trying to officially report these crimes to
23 of 30  The proper federal agency since 2016. EACH And Every ATTEMPT
24 of 30  to successfully report these crimes (unlawful acts) has only
25 of 30  resulted in me being seized and held by force and fraud
26 of 30  and being denied access to media, law enforcement,
27 of 30  legal counsel, The Courts and more...
28 of 30  Today I Melford John Warren Jr am held unlawfully at
29 of 30  THE WASHINGTON STATE PENITENTIARY without any
30 of 30

FILED LODGED RECEIVED
DEC 01 2017
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                    DEPUTY

valid court order/conviction. In the place of a Defendent named who is not me; a description of a defendent that does not match my description or Identity; and a court order for "Judgement and Sentence" and "Warrant of Commitment" which are in violation of ARTICLE 4 SECTION 27 of The Washington State Constitution/ WASHINGTON STATE CONSTITUTION and Thus Void and possess no "Authority of Law" to be enforced.

In addition, The DEPARTMENT OF CORRECTIONS for The STATE of Washington is holding me under several fraudulent Identities that they generated none of which are my legal Identity which is The only Identity I can provide proof of citizenship for or The Identity of the one named in any Warrant of Commitment or court order by which D.O.C. claims it is using to unlawfully confine, detain, kidnap, Imprison, Restrain me and more.

D.O.C. has gone out of its way to create a fraudulent BANK TRUST Account so That I could never provide a certified copy of A BANK TRUST Account to engage the courts stopping me from my right of Writ of Heabus Corpus, equal protection of The Law, not to be deprived of life, liberty, property without due process and more. As one false Fraudulent Identity is The same as All false Fraudulent Identities. If The courts will tolerate fraud. Then Any and every false Fraudulent Identity must be accepted. Which means That The effectiveness of The Courts as an Institution no longer exist. There is no difference in one claiming between the false Identity of Junior melford John Warren (melford John Warren, Jr.) and/or Richard, P. CReatura. My Identity is Melford John Junior Warren. The Bank TRUST Account is for a MELFORD JOHN WARREN. The DOC # is for a Melford J. WARREN and a MELFORD WARREN and more...

The Invalid and fraudulent court orders I never got served are for JUNIOR MELFORD JOHN WARREN

There is no difference in claiming one Fraudulent Identity such as JUNIOR MELFORD JOHN WARREN and all Fraudulent Identities such as Richard creat

1 of 30
2 of 30
3 of 30
4 of 30
5 of 30
6 of 30
7 of 30
8 of 30
9 of 30
10 of 30
11 of 30
12 of 30
13 of 30
14 of 30
15 of 30
16 of 30
17 of 30
18 of 30
19 of 30
20 of 30
21 of 30
22 of 30
23 of 30
24 of 30
25 of 30
26 of 30
27 of 30
28 of 30
29 of 30
30 of 30

| | |
|---|---|
| 1 of 30 | |
| 2 of 30 | • [Judge] J. Richard Creatura I have entered no petitions |
| 3 of 30 | or motions into ANY Courts since being held by force and fraud |
| 4 of 30 | at the WASHINGTON STATE PENITENTIARY |
| 5 of 30 | • [Judge] J. Richard Creatura I was advised by one who is murdered |
| 6 of 30 | And whose murder I would like to report. That I only have a |
| 7 of 30 | Bond and Surety for the TRUSTEE MELFORD JOHN WARREN JR |
| 8 of 30 | And that all legal interactions with the Courts must be done |
| 9 of 30 | through my legal TRUSTEE MELFORD JOHN WARREN JR |
| 10 of 30 | Who I Melford John Warren Jr am the Beneficiary of. |
| 11 of 30 | • [Judge] J. Richard Creatura I cannot switch places with any |
| 12 of 30 | other TRUSTEE. That would be Fraud and is unlawful. As I |
| 13 of 30 | only have one TRUSTEE to my Estate which is worth Millions (Tens of...) |
| 14 of 30 | • [Judge] J. Richard Creatura I have not been convicted as |
| 15 of 30 | The Beneficiary in any court in Washington State. My TRUSTEE |
| 16 of 30 | has not been convicted of any debt (crime) in Washington State. |
| 17 of 30 | I cannot switch places with, nor stand in the place of any |
| 18 of 30 | TRUSTEE Estate that is not legally mine. I cannot provide |
| 19 of 30 | proof that I have any TRUSTEE Accept MELFORD JOHN WARREN JR |
| 20 of 30 | • [Judge] J. Richard Creatura it is unlawful and fraud for |
| 21 of 30 | me to respond to the fraudulent TRUST Estates of |
| 22 of 30 | JUNIOR MELFORD JOHN WARREN (written MELFORD JOHN WARREN, JR. |
| 23 of 30 | MELFORD JOHN WARREN (written WARREN, MELFORD JOHN) |
| 24 of 30 | MELFORD WARREN (written WARREN, MELFORD) |
| 25 of 30 | MELFORD JOHN JUNIOR WARREN (written WARREN, MELFORD JOHN JR.) |
| 26 of 30 | Melford John Junior Warren (Beneficiary written Warren, Melford John Jr.) |
| 27 of 30 | Melford J. WARREN (Trustee/Beneficiary written WARREN, Melford J.) |
| 28 of 30 | None of these can I provide a Bond and Surety for, drivers license |
| 29 of 30 | for, Social security number for, vote under, provide proof of citizenship of... |
| 30 of 30 | |

- [Judge] J. Richard Creatura I am being held by force and fraud and I am being told that if I want relief from this fraud I must commit the act of fraud by engaging the courts under a fraudulent and false ~~Identity~~/TRUSTEE by which I have no Bond for the payment of any and all debt.

- [Judge] J. Richard Creatura it is the penological Institution that is ~~holding me~~ by force and fraud without any "Authority of Law" to do so. And without me owing any debt to be paid to the State of Washington or any Beneficiary. Thus, it is the penological Institution that has done what is unlawful. Any and all attempts to alert the public through a public notice to the courts have been falsely entered by my captors/kidnappers as motions or petitions without my permission or approval or knowledge and against my will without my consent through absolute prejudice.

- [Judge] J. Richard Creatura I did not willing come to any penological Institution. I was forceably taken against my will by Kitsap County Sheriffs (Lt. SAP and Sgt. Friskwater) and when I resisted ~~and did~~ not consent. A cut throat was the result.

- [Judge] J. Richard Creatura I was never convicted in any court nor was I ever served any court orders/documents. Nor did I (in court) do any pleas, ████████ etc... Nor did I attend or walk into the well of any court under a fraudulent TRUSTEE. Nor did I consent to any jurisdiction/venue of any court under a fraudulent and false ~~Identity~~.

- [Judge] J. Richard Creatura by law my Birth Certificate Bond and/or proof of citizenship should force the penological Institution holding me to release me from its unlawful seizure and imprisonment without involvement from the courts unless they refuse to be lawful

1 of 30
2 of 30
3 of 30
4 of 30
5 of 30
6 of 30
7 of 30
8 of 30
9 of 30
10 of 30
11 of 30
12 of 30
13 of 30
14 of 30
15 of 30
16 of 30
17 of 30
18 of 30
19 of 30
20 of 30
21 of 30
22 of 30
23 of 30
24 of 30
25 of 30
26 of 30
27 of 30
28 of 30
29 of 30
30 of 30

1 of 30
2 of 30  ATTENTION [Judge] J. Richard Creatura and all parties.
3 of 30  • There has never been a valid properly authenticated Warrant from
4 of 30  The State of Washington for MELFORD JOHN WARREN JR
5 of 30  my TRUSTEE. This is verified by the Courts
6 of 30  • A unauthenticated STATE OF WASHINGTON Warrant of Arrest
7 of 30  for Case # 15-1-00519-7 for MELFORD JOHN WARREN JR
8 of 30  out of KITSAP COUNTY SUPERIOR COURT for STATE OF
9 of 30  WASHINGTON / State of Washington was dropped. My TRUSTEE
10 of 30  MELFORD JOHN WARREN JR was never convicted of any
11 of 30  crime or debt to pay. I, The Beneficiary never stood in place
12 of 30  of any TRUSTEE outside of my legal TRUSTEE. I, The beneficiary
13 of 30  am not standing in the place of any TRUSTEE currently that is
14 of 30  not mine. Instead, I am being told by force and fraud while
15 of 30  those who are party to murder plot on how to get me into
16 of 30  the jurisdiction and venue of paying for the debt owed by
17 of 30  a TRUSTEE that is not mine for a (bill of debt) Warrant
18 of 30  of commitment" that is "facially Insufficient" and Void (Illegal
19 of 30  to enforce)(Invalid).
20 of 30  • My Attorney who was murdered told me not to attend Court
21 of 30  any more, my life depended on it. Then weeks later he
22 of 30  turned up dead after confessing to others he was being
23 of 30  Black mailed. My attorney was murdered during pre-trial
24 of 30  and had knowledge about my kidnapping from another state
25 of 30  and about implicating the U.S. Government in criminal
26 of 30  and unlawful acts. Others may have become aware of
27 of 30  him trying to secretly help me out of this nightmare.
28 of 30  • days prior to his death I gave information to the U.S. Government
29 of 30  so that The U.S. ATTORNEY GENERAL could bring charges against
30 of 30

KITSAP COUNTY OFFICIALS/State of Washington for case # 15-1-005119-7. A U.S. GOVERNMENT OFFICIAL Asked A KITSAP COUNTY SHERIFF for his name to include in the Report I filed. after, I gave him the phone upon him asking who was I talking to. This establish that KITSAP COUNTY SHERIFF's were directly aware of a case being pursued by the U.S. Government against KITSAP COUNTY OFFICIALS/State of Washington days prior to the murder of my attorney. Who had knowledge of all aspects of the illegal case against my TRUSTEE which had no "Authority of Law" to be pursued in the first place and were the fruits of ill gotten gain and of a poisonous tree.

- Court documents state when I arrive in to the custody of Washington State that I am going to get <u>murdered</u> by any means available (even if it appears accidental or something to this effect). I truly believe that if those documents were not in the courts then I would be dead instead of my ATTORNEY.

- KITSAP SHERIFF's were bragging how they had a ceremonial fake trial for someone not me. To give my ATTORNEY, his family/friends and the community <s>some</s> <u>a Christmas gift conviction</u> so that they would not pursue a murder investigation. I sit in prison by the way of a huge media campaign to destroy my character so that no one investigate a murder which would reveal larger crimes against the DEPARTMENT of DEFENSE during Wartime. (in addition documents were sent out and taken by KITSAP COUNTY SHERIFF's linking me to the [WHO] while the <u>electoral presidential</u> race was still going). [Give to proper Legal Authorities]

- There are orders for staff at WASHINGTON STATE PENITENTIARY not to talk to me. After several officers demanded that D.O.C. stop its

1 of 30
2 of 30
3 of 30
4 of 30
5 of 30
6 of 30
7 of 30
8 of 30
9 of 30
10 of 30
11 of 30
12 of 30
13 of 30
14 of 30
15 of 30
16 of 30
17 of 30
18 of 30
19 of 30
20 of 30
21 of 30
22 of 30
23 of 30
24 of 30
25 of 30
26 of 30
27 of 30
28 of 30
29 of 30
30 of 30

PAGE 7 of 8

Case 3:17-cv-05812-BHS   Document 5   Filed 12/01/17   Page 7 of 10

1 of 30
2 of 30  cruel and unusual punishment of me and stop passively
3 of 30  denying me legal access, access to the Courts, Legal Counsel
4 of 30  Access, [media access] and more. Which is the only way I
5 of 30  was finally given envelopes by which to attempt to contact
6 of 30  the Court. Prior to that I was imprisoned with no way
7 of 30  to access any Court (legal counsel) or to respond to any Court (legal counsel) even if
8 of 30  They attempted to Contact me (I have already been denied the right to appeal in all cases)
9 of 30  • I have no valid BANK TRUST by which to order Indigent
10 of 30  envelopes, which being in violation of federal law. I was told
11 of 30  by Classification counselor Travis Matson that I can violate
12 of 30  federal laws because this is the State of Washington. I told
13 of 30  him that I cannot consent to fraud or I would be a party to fraud.
14 of 30  • Those who are a party to murder [Judge] J. Richard Creatura have
15 of 30  used tremendous personal and professional connections to enlist
16 of 30  a army of people to commit unlawful acts against me. So that
17 of 30  I can sit imprisoned and without any access to media. While
18 of 30  a one sided media Campaign on the internet constantly is feed
19 of 30  to stop or hinder the reporting of a murder which can lead
20 of 30  to much bigger Unlawful Acts against the U.S. GOVERNMENT.
21 of 30  I can only hope that our Fair Lady Justice has not be raped and
22 of 30  molested of all her Virtue.
23 of 30
24 of 30  [Judge] J. Richard Creatura I cannot address you as the Beneficiary
25 of 30  to your legal TRUSTEE because A.K.A J. RICHARD CREATURA is
26 of 30  most likely not your legal TRUSTEE by which to engage the Courts
27 of 30  through. But despite this point. I hope based on the foregoing
28 of 30  that you will take the appropriate measures and steps to protect
29 of 30  me the victim and not act against me the victim and innocent
30 of 30

party due to prejudice and a mob mentality of groupthink.

[Judge] J. Richard Creatura I also hope that you will forward this AFFADAVIT and public notice to all it is to the ATTENTION of... As I have no means to forward it myself as a kidnap victim and hostage. I am only allowed to contact you because of protest by a handful of Veterans of The U.S. Military who were tired of seeing The Constitution That They defended with Their life violated so (~~illegible~~) disrespectfully by State workers and others... [No writ of habeus corpus]

[Judge] J. Richard Creatura I have entered no petitions or motions of any kind into your court or any court as I have no legal counsel and am in a hospital ward where I remain floor bound due to complications being mobile in total Isolated Confinement 24 hours a day - 7 days a week, minus a forced 10 minute shower once a week. ▇ I do not consent to being held unlawfully as it is against The Law. And I cannot consent to Fraud/Identity Falsification.

[Judge] J. Richard Creatura. OFFICE OF THE ATTORNEY GENERAL BOB FERGUSON (Bob Ferguson) is/was my Attorney in a civil case involving DSHS were all this began and is a prime suspect in murder, fraud, government misconduct and more...

I declare (or certify, or state) under penalty of perjury under The Laws of The United States of America That the foregoing is true and correct to the best of my abilities and that I Full name of Melford John Warren Jr beneficiary to my only legal TRUSTEE MELFORD JOHN WARREN JR reserve all rights without prejudice per UCC 1-308... and cannot consent to fraud least I would be party to fraud.

*(signature)*
without prejudice per UCC 1-308/1-103

MELFORD JOHN WARREN JR
without prejudice

1 of 30
2 of 30
3 of 30
4 of 30
5 of 30
6 of 30
7 of 30
8 of 30
9 of 30
10 of 30
11 of 30
12 of 30
13 of 30
14 of 30
15 of 30
16 of 30
17 of 30
18 of 30
19 of 30
20 of 30
21 of 30
22 of 30
23 of 30
24 of 30
25 of 30
26 of 30
27 of 30
28 of 30
29 of 30
30 of 30

FULL NAME (without comma of period):
NELFORD JOHN WARREN JR
1313 NORTH 13TH AVENUE
WASHINGTON STATE PENITENTIARY
WALLA WALLA, WASHINGTON 99362

389594

THIS WAS MAILED BY AN OFFENDER CONFINED AT A WASHINGTON STATE DEPARTMENT OF CORRECTIONS FACILITY. ITS CONTENTS MAY BE UNCENSORED.

5840283200 0007

U.S. DISTRICT COURT WESTERN WA
ATTENTION: Judge I. Richard Creatura
3100 U.S. COURTHOUSE
1717 PACIFIC AVENUE
TACOMA, WASHINGTON 98402-3200

**LEGAL MAIL**



11-28-17

Clo KBG7367w 11-28-17 1908

© USPS 2013

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

SUSTAINABLE FORESTRY INITIATIVE
Certified Fiber Sourcing
www.sfiprogram.org