UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MELFORD JOHN WARREN JR,

          Petitioner,

v.

STATE OF WASHINGTON,

          Respondent.

CASE NO. 3:17-cv-05812-BHS-JRC

REPORT AND RECOMMENDATION

NOTED FOR: JANUARY 19, 2018

    The District Court has referred this petition for a writ of habeas corpus to United States Magistrate Judge J. Richard Creatura. The Court's authority for the referral is 28 U.S.C. § 636(b)(1)(A) and (B), and local Magistrate Judge Rules MJR3 and MJR4. Petitioner filed the petition pursuant to 28 U.S.C. § 2254.

    Petitioner filed his habeas petition in October of 2017. Dkt. 1. The Clerk sent a letter to petitioner, advising him that his application to proceed *in forma pauperis* ("application for IFP") was deficient. Dkt. 2. Petitioner filed nothing in response. In November of 2017, the Court ordered plaintiff to either file a new application for IFP or pay the $5.00 filing fee. Dkt. 4. The

1  Court warned that, should he fail to do so, the Court will recommend dismissal of the action for
2  failure to obey a court order and failure to prosecute. *Id*. In response, petitioner filed an affidavit,
3  claiming broadly that there is rampant fraud and corruption throughout the government, that he is
4  being held fraudulently and unlawfully, and that his arrest warrant is unauthenticated and
5  improper. Dkt. 5. However, his new filing has not provided an application for IFP or a filing fee.
6       Therefore, pursuant to this Court's previous order (Dkt. 4), the Court recommends that
7  petitioner's habeas petition be dismissed without prejudice for failure to prosecute and failure to
8  obey a court order.
9       Pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), the parties shall have
10 fourteen (14) days from service of this Report to file written objections.  *See also* Fed. R. Civ. P.
11 6.  Failure to file objections will result in a waiver of those objections for purposes of *de novo*
12 review by the district judge, *see* 28 U.S.C. § 636(b)(1)(C), and can result in a waiver of those
13 objections for purposes of appeal. *See Thomas v. Arn*, 474 U.S. 140 (1985); *Miranda v.*
14 *Anchondo*, 684 F.3d 844, 848 (9th Cir. 2012) (citations omitted). Accommodating the time limit
15 imposed by Fed. R. Civ. P. 72(b), the clerk is directed to set the matter for consideration on
16 **January 19, 2018**, as noted in the caption.
17      Dated this 27th day of December, 2017.
18
19                                          J. Richard Creatura
                                         United States Magistrate Judge
20
21
22
23
24