UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MELFORD JOHN WARREN, JR,<br><br>Petitioner,<br><br>v.<br><br>STATE OF WASHINGTON,<br><br>Respondent. | CASE NO. C17-5812 BHS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge. Dkt. 6. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1) The R&R is **ADOPTED**;

(2) Petitioner's habeas petition is **DISMISSED without prejudice** for failure to prosecute and failure to obey a court order; and

(3) This case is closed.

Dated this 23rd day of January, 2018.

BENJAMIN H. SETTLE
United States District Judge

ORDER